**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 537 EAL 2016
                                : 
                  Respondent    : 
                                : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
            v.                  : 
                                : 
                                : 
KEVIN S. MINES,                 : 
                                : 
                  Petitioner    : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.